No. 11–8150. WHIGUM, AKA BECK, AKA DAVIS, AKA HAMILTON v. FLORIDA ET AL., 565 U. S. 1253. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

MAY 2, 2012

No. 11–10098 (11A1038). IN RE BARTEE.. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 14, 2012

No. 11–8728. GARCIA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed on April 11, 2012.